CHARLES JONES, Respondent, *v.* SAMUEL G. DE COURSEY, as Receiver of the WESTERN NEW YORK AND PENNSYLVANIA RAILROAD COMPANY, Appellant.

*Jones* v. *De Coursey,* 12 App. Div. 164, affirmed.

(Submitted November 23, 1899; decided December 15, 1899.)

APPEAL from a judgment of the Supreme Court, entered December 22, 1896, upon an order of the Appellate Division in the fourth judicial department, denying a motion for a new trial upon exceptions ordered to be heard in the first instance at the Appellate Division and directing judgment upon a verdict in favor of plaintiff.

*Frank Rumsey* and *John R. Strang* for appellant.

*J. B. Adams* for respondent.

Judgment affirmed, with costs, on opinion below.

All concur.